# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE AQUISITION TRUST 2007-CH4 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-CH4-ND, A NATIONAL BANKING ENTITY,
                                Appellant,
                vs.
TRP FUND IV, LLC, A DOMESTIC NON-PROFIT CORPORATION,
                                Respondent.

No. 75727

FILED

OCT 0 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court judgment and decree of quiet title. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

When our review of the docketing statement and documents before this court revealed potential jurisdictional defects, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Among other things, it appeared that the order was not appealable as a final judgment under NRAP 3A(b)(1) because appellant's claim for unjust enrichment remained pending in the district court. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment).

In response to our order, appellant concedes that there is no written district court order adjudicating the unjust enrichment claim and agrees that this appeal should be dismissed. Accordingly, as no final judgment has been entered in the district court and it does not appear that

18-38248

any other statute or court rule allows an appeal from the challenged order, *see Brown v. MHC Stagecoach*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"), we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____ , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

cc:    Hon. Jerry A. Wiese, District Judge
       Smith Larsen & Wixom
       Hong & Hong
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A